THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WARD, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), dated March 11, 1992, convicting him of operating a motor vehicle while under the influence of alcohol as a felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not deprived of the effective assistance of

counsel (see, *People v Baldi,* 54 NY2d 137; *People v Pizarro,* 168 AD2d 644). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.